IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY A. WELLS                                             PLAINTIFF

V.                     CASE NO. 3:08CV00056 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the court.

SO ADJUDGED this 28th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE